**WARNER & SCHEUERMAN**
**Attorneys At Law**
**6 West 18th Street, 10th Floor**
**New York, New York 10011**
**Tel: (212) 924-7111**
**Fax: (212) 924-6111**

**Jonathon D. Warner, Esq.**
**jdwarner@wslaw.nyc**

**Karl E. Scheuerman, Esq.**
**kescheuerman@wslaw.nyc**

July 28, 2026

**VIA ECF AND EMAIL**
**Failla_NYSDChambers@nysd.uscourts.gov**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: *Landmark Ventures (USA) Inc. V. Soundhound AI, Inc.*
Case No. 1:26-cv-06084-KPF

Dear Judge Failla:

We represent the plaintiff in the above-referenced matter and write to request an adjournment of the initial conference from September 15, 2026, at 10:30 A.M., to a date convenient to the Court after September 21, 2026. There have been no prior adjournments of the initial conference. The adjournment is requested because I will be on vacation and out of the country on September 15, 2016. I return on September 21, 2026. Defendant's counsel consents to the adjournment. No other deadlines will be affected by the adjournment.

Respectfully yours,

*/s/ Jonathon D. Warner*

JDW/ks

cc: Jacob M. Hamann, Esq.

Application GRANTED. The Initial Pretrial Conference originally scheduled for September 15, 2026, is hereby ADJOURNED to **October 13, 2026**, at **12:00 p.m.**

The Clerk of Court is direct to terminate the pending motion at docket entry 13.

Dated: July 29, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE